UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI SALEH KAHLAH AL-MARRI | ) | |
| Plaintiff, | )<br>)<br>) | |
| v. | ) | Civil A. No. 2:05-cv-02259-HFF-RSC |
| ROBERT M. GATES,<br>  Secretary of Defense of the United States,<br>COMMANDER JOHN PUCCIARRELLI,<br>  U.S.N. Commander,<br>  Naval Consolidated Brig, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**Defendants' Request for Extension to File Response
Pursuant to Local Rule 7.06 to Plaintiff's Motion for
Interim Relief Related to Conditions of Confinement
and
<u>Incorporated Local Rule 7.02 Certification</u>**

     Respondents hereby respectfully request an extension of time of fourteen days, until April 14, 2008, in which to file a response to plaintiff's Motion For Interim Relief from Prolonged Isolation and Other Unlawful Conditions of Confinement (dkt. no. 40), and state as follows:

     1.     Plaintiff's motion was filed electronically on March 13, 2008. Pursuant to Local Civil Rule 7.06 and FED. R. CIV. P. 6, defendant's response is currently due March 31, 2008.

     2.     Defendants respectfully request an extension of time of fourteen days, until April 14, 2008, in which to file their response. An extension of time is warranted to permit defendants sufficient time to respond to the arguments raised in plaintiff's motion.

3.     Pursuant to Local Civil Rule 7.02, counsel for defendants has consulted with counsel for plaintiff, who does not oppose the requested extension of time.

Dated: March 25, 2008                              Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

KEVIN F. MCDONALD
Acting United States Attorney

By: s/ C. Todd Hagins
Christopher Todd Hagins (#9218)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel. (803) 929-3000

TERRY M. HENRY
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Defendants