UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| ALI SALEH KAHLAH AL-MARRI, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. GATES, ) <br>   Secretary of Defense of the United States, ) <br> COMMANDER JOHN PUCCIARRELLI, ) <br>   U.S.N. Commander, ) <br>   Naval Consolidated Brig, ) <br> ) <br>     Defendants. ) <br> ) | Civil A. No. 2:05-cv-02259-HFF-RSC |

**JOINT RESPONSE TO THE FIRST OF THE COURT'S MARCH 9, 2009
INTERROGATORIES REGARDING MOOTNESS**

The parties hereby jointly respond to the Court's interrogatories of March 9, 2009, regarding questions of mootness, see Docket # 74. The Court's order noted two recent developments: (i) the President's executive order transferring control of plaintiff from the Secretary of Defense to the Attorney General for criminal prosecution in the Central District of Illinois, and (ii) the Supreme Court's order in Al-Marri v. Spagone, No. 08-368, 2009 WL 564940, at *1 (Mar. 6, 2009), approving such transfer of plaintiff and vacating the Fourth Circuit's judgment in Al-Marri v. Pucciarelli, 534 F.3d 213 (4th Cir. 2008) (*en banc*). See id. Against the backdrop of those developments, the Court made two inquiries of the parties:

(1) Do these recent developments render moot plaintiff's motion for interim relief? If not, please explain to what extent that motion remains before the Court?

(2) Has plaintiff's underlying lawsuit been rendered moot by these developments? If not, what aspects of that case remain before the Court?

Id. Under the Court's most recent orders, see Docket ## 75, 76, the parties are to file a joint

response by noon on March 19, 2009, to the first interrogatory, and a response to the second interrogatory by March 27, 2009.  Accordingly, the parties hereby submit the following joint report on the Court's first interrogatory.

1.     **Whether Plaintiff's Motion for Interim Relief Is Moot**

*Joint Position:*  The parties agree that plaintiff's motion for interim relief is moot.

Dated: March 19, 2009                              Respectfully submitted,


  /s/  Andrew J. Savage, III                         /s/  Kevin F. McDonald
ANDREW J. SAVAGE, III                     KEVIN F. MCDONALD
Federal ID Number 3734                       First Assistant United States Attorney
SAVAGE & SAVAGE, P.A.                    1441 Main Street, Suite 500
15 Prioleau Street                                    Columbia, South Carolina 29201
Post Office Box 1002                              Tel. (803) 929-3000
Charleston, South Carolina 29402
(843) 720-7470
                                                                 /s/  Peter J. Phipps
                                                               PETER J. PHIPPS
JONATHAN HAFETZ                             United States Department of Justice
STEVEN R. SHAPIRO                           Civil Division, Federal Programs Branch
JAMEEL JAFFER                                  Tel: (202) 616-8482
American Civil Liberties                         Fax: (202) 616-8470
Union Foundation                                  peter.phipps@usdoj.gov
125 Broad Street, 18th Fl.
New York, New York 10004                Mailing Address:
(212) 549-2500                                       Post Office Box 883
                                                            Washington, D.C.  20044

LAWRENCE S. LUSTBERG               Courier Address:
Gibbons, P.C.                                        20 Massachusetts Ave., N.W.
One Gateway Center                             Washington, D.C. 20001
Newark, New Jersey 07102-5310

2

(973) 596-4500                                             Attorneys for Defendants


SIDNEY S. ROSDEITCHER
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000


AZIZ HUQ
EMILY BERMAN
Breenan Center for Justice at
NYU School of Law
161 Avenue of the Americas, 12th Fl.
New York, New York 10013
(202) 998-6730

Attorneys for Plaintiff